

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2014

No. 04-14-00525-CV

**IN THE INTEREST OF D.W.H.**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-10424
Honorable Richard Price, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on January 26, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2014.

Keith E. Hottle
Clerk of Court